IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NASHWA ULSAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-1416 (AJT/TRJ) |
| ) | |
| LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of plaintiff Nashwa Ulsaker's Motion for Summary Judgment [Doc. No. 16] and defendant Lincoln National Life Insurance Company's Motion for Summary Judgment [Doc. No. 18], the memoranda and exhibits in support thereof and in opposition thereto, the administrative record, and the arguments of counsel at a hearing on July 1, 2011, and for the reasons stated in the Memorandum Opinion filed herewith, it is hereby

ORDERED that plaintiff Nashwa Ulsaker's Motion for Summary Judgment [Doc. No. 16] be, and the same hereby is, GRANTED, and that defendant Lincoln National Life Insurance Company's Motion for Summary Judgment [Doc. No. 18] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant Lincoln National Life Insurance Company award plaintiff long-term total disability benefits under Group Long-Term Disability Insurance Policy No. 000010089052 (the "Policy") for the period after the initial 24 month Own Occupation Period through the date of this Order, to the extent that such benefits have not already been

paid, and until such time as plaintiff may no longer be entitled to coverage under the Policy.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 in favor of plaintiff Nashwa Ulsaker and against defendant Lincoln National Life Insurance Company, and to forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 30, 2011